**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MASALES AND PATRICIA MASALES,<br><br>    Plaintiffs,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, et al.<br><br>    Defendants. | ) CASE NO.   3:17-CV-01670-JZ<br>)<br>) JUDGE JACK ZOUHARY<br>)<br>)<br>) MAGISTRATE  JAMES R. KNEPP<br>)<br>) **CORPORATE DISCLOSURE**<br>) **STATEMENT FOR DEFENDANT**<br>) **OCWEN LOAN SERVICING, LLC**<br>) |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

      In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

      <u>Defendant Ocwen Loan Servicing, LLC                                      </u>.

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    <u>  X  </u> Yes        <u>      </u> No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

> Ocwen Loan Servicing, LLC is a non-governmental limited liability company, the ultimate owner of which is Ocwen Financial Corporation, a publicly traded corporation.

795793.1

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

      Yes    X    No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

|  |
|---|
|  |

August 28, 2017

/s/*Stefanie L. Deka*
Stefanie L. Deka (0089248)
Melany K. Fontanazza (0079865)
Kimberly Y. Smith Rivera (0066849)
**McGlinchey Stafford**
25550 Chagrin Boulevard, Suite 406
Cleveland, Ohio 44122
Telephone: (216) 378-9905
Facsimile: (216) 378-9910
sdeka@mcglinchey.com
mfontanazza@mcglinchey.com
kyrivera@mcglinchey.com
*Counsel for Defendant Ocwen Loan Servicing, LLC*

795793.1

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing *Corporate Disclosure Statement of Defendant Ocwen Loan Servicing, LLC* was served upon the following via the Court's electronic filing system this 28th day of August, 2017:

| | |
|---|---|
| Marc E. Dann, Esq. | notices@dannlaw.com |
| Daniel M. Solar, Esq. | notices@dannlaw.com |
| Brian D. Flick, Esq. | notices@dannlaw.com |
| | |
| Daniel L. McGookey, Esq. | dmcgookey@mcgookeylaw.com |
| Kathryn M. Eyster, Esq. | keyster@mcgookeylaw.com |

*Counsel for Plaintiffs Christopher and Patricia Masales*

| | |
|---|---|
| Stefanie L. Deka, Esq. | sdeka@mcglinchey.com |
| Melany K. Fontanazza, Esq. | mfontanazza@mcglinchely.com |
| Kimberly Y. Rivera, Esq. | kyrivera@mcgliney.com |

*Counsel for Defendant Federal National Mortgage Association*

                                                      */s/ Stefanie L. Deka*
                                                      Stefanie L. Deka